[No. 39023-6-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN J. HENNESSY, *Defendant*, JOHN A. WALSH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07252-2, Janice Niemi, J., entered June 27, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39136-4-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA M. FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05534-2, Marilyn R. Sellers, J., entered July 29, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39198-4-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK RUCKER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06764-2, Marilyn R. Sellers, J., entered August 5, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39229-8-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTORY CATRAIL CALDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-07738-4, Anthony P. Wartnik, J., entered August 29, 1996. *Affirmed* by unpublished per curiam opinion.